IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES K. AMOAKO,

       Petitioner,                    No. 2:12-cv-1130 KJN P

   vs.

J. BUILTEMAN, et al.,

       Respondents.             ORDER

_____/

       Petitioner consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c).  By an order filed May 10, 2012, petitioner was ordered to file an in forma pauperis affidavit or to pay the appropriate filing fee, within thirty days, or his application would be dismissed.  The thirty day period has now expired, and petitioner has not responded to the court's order, has not filed an in forma pauperis affidavit, and has not paid the appropriate filing fee.  Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

DATED: June 20, 2012

                                KENDALL J. NEWMAN
                                UNITED STATES MAGISTRATE JUDGE

amoa1130.fpf