IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES K. AMOAKO,

    Petitioner,             No. 2:12-cv-1130 KJN P

   vs.

J. BUILTEMAN, et al.,

    Respondents.        ORDER

_____/

        On July 27, 2012, petitioner filed a letter informing the court that he was transferred to the California Medical Facility, and requesting that the court reopen this action. However, this action was re-opened on July 23, 2012. Therefore, petitioner's request is moot.

        Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to change petitioner's address pursuant to his July 27, 2012 filing (dkt. no. 16), and re-serve a copy of the court's July 23, 2012 order (dkt. no. 12) on petitioner at his new address, California Medical Facility, P.O. Box 2000, Vacaville, CA 95696.

DATED: August 8, 2012

                                    KENDALL J. NEWMAN
                                    UNITED STATES MAGISTRATE JUDGE

amoa1130.add

1