UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES K. AMOAKO,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>J. BUILTEMAN,<br><br>　　　　　　Respondent. | No.  2:12-cv-1130 KJN P<br><br><br><br>ORDER |

On April 2, 2013, the petition for writ of habeas corpus was denied, and judgment was entered. On August 2, 2013, petitioner's motion for extension of time in which to file an appeal was denied as untimely brought. On August 12, 2013, petitioner filed a motion for reconsideration of the August 2, 2013 order, and renewed his request for appointment of counsel.

However, as set forth in the August 2, 2013 order, this court does not have authority to extend the time to appeal. "The procedures set forth in rule 4 are strictly construed; there is no exception for prisoners proceeding pro se or for habeas corpus actions." Malone v. Avenenti, 850 F.2d 569, 572 (9th Cir. 1988). Therefore, petitioner's motion for reconsideration is denied. Petitioner's motion for appointment of counsel is denied for the reasons set forth in this court's August 2, 2013 order.

////

////

1

1   This petition for writ of habeas corpus was dismissed on April 2, 2013. Documents filed
2 by petitioner since the closing date will be disregarded and no orders will issue in response to
3 future filings.
4   IT IS HEREBY ORDERED that petitioner's motion (ECF No. 32) is denied.
5 Dated: August 20, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

amoa1130.158